**ALLEGHENY LUDLUM CORP., ak Steel Corp., Butler–Armco Independent Union, J & L Speciality Steel, Inc., United Steelworkers of America, AFL–CIO/CLC, and Zanesville Armco Independent Organization, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–1653.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

### ORDER

Upon consideration of Allegheny Ludlum Corp. et al.'s unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.